# UNITED STATES DISTRICT COURT

MIDDLE District of FLORIDA

SMART SCIENCE LABORATORIES, INC.

**SUMMONS IN A CIVIL CASE**

V.

PROMOTIONAL MARKETING SERVICES
INC.

CASE NO: 8:07CV1554-T24 EAJ

TO: (Name and address of Defendant)

PROMOTIONAL MARKETING SERVICES, INC.
C/O NEW YORK DEPARTMENT OF STATE
41 State Street
Albany, New York

07 AUG 30 PM 3:4  RECEIVED

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOSEPH J. WEISSMAN, ESQ.
JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP
403 E. Madison Street, Suite 400
Tampa, FL 33602

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SHERYL L. LOESCH

AUG 3 0 2007

CLERK

(By) DEPUTY CLERK

DATE

# UNITED STATES DISTRICT COURT

MIDDLE District of FLORIDA

SMART SCIENCE LABORATORIES, INC.

V.

PROMOTIONAL MARKETING SERVICES INC.

## SUMMONS IN A CIVIL CASE

CASE NO: 8:07CV1554-T24 EAJ

TO: (Name and address of Defendant)

JASON KRONISH
C/O PROMOTIONAL MARKETING SERVICES, INC.
D/B/A NATIONWIDE BRANDS
100 Red Schoolhouse Road, Building C, Suite 12
Chestnut Ridge, New York 10977

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOSEPH J. WEISSMAN, ESQ.
JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP
403 E. Madison Street, Suite 400
Tampa, FL 33602

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SHERYL L. LOESCH

CLERK

(By) DEPUTY CLERK

AUG 3 0 2007

DATE

# UNITED STATES DISTRICT COURT

MIDDLE District of FLORIDA

SMART SCIENCE LABORATORIES, INC.

**SUMMONS IN A CIVIL CASE**

V.

PROMOTIONAL MARKETING SERVICES INC.

CASE NO: 8:07CV1554-T24 EAJ

TO: (Name and address of Defendant)

ANN GLASSMAN
C/O PROMOTIONAL MARKETING SERVICES, INC.
D/B/A NATIONWIDE BRANDS
100 Red Schoolhouse Road, Building C, Suite 12
Chestnut Ridge, New York 10977

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOSEPH J. WEISSMAN, ESQ.
JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP
403 E. Madison Street, Suite 400
Tampa, FL 33602

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SHERYL L. LOESCH

AUG 3 0 2007

CLERK

DATE

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

MIDDLE District of FLORIDA

SMART SCIENCE LABORATORIES, INC.

**SUMMONS IN A CIVIL CASE**

V.

PROMOTIONAL MARKETING SERVICES INC.

CASE NO: 807CV1554-T24 EAJ

07 AUG 30 PM 3:51 RECEIVED

TO: (Name and address of Defendant)

ADRIANNE MILLMAN
C/O PROMOTIONAL MARKETING SERVICES, INC.
D/B/A NATIONWIDE BRANDS
9704 Baywood Park Lane
Delray Beach, FL 33446

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOSEPH J. WEISSMAN, ESQ.
JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP
403 E. Madison Street, Suite 400
Tampa, FL 33602

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SHERYL L. LOESCH                                    AUG 3 0 2007
CLERK                                               DATE

_A. Vasquez_
(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

MIDDLE District of FLORIDA

SMART SCIENCE LABORATORIES, INC.

**SUMMONS IN A CIVIL CASE**

V.

PROMOTIONAL MARKETING SERVICES
INC.

CASE NO: 8:07CV1554T24 EAJ

TO: (Name and address of Defendant)

QUALITY KING DISTRIBUTORS, INC.
C/O ALFRED R. PALIANI, GENERAL COUNSEL
2060 Ninth Avenue
Ronkonkoma, NY 11779

07 AUG 30 PM 3:42 RECEIVED

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOSEPH J. WEISSMAN, ESQ.
JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP
403 E. Madison Street, Suite 400
Tampa, FL 33602

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SHERYL L. LOESCH

AUG 3 0 2007

CLERK

(By) DEPUTY CLERK

DATE

# UNITED STATES DISTRICT COURT

MIDDLE District of FLORIDA

SMART SCIENCE LABORATORIES, INC.

V.

PROMOTIONAL MARKETING SERVICES INC.

**SUMMONS IN A CIVIL CASE**

CASE NO: 8:07CV1554-T24EAJ

TO: (Name and address of Defendant)

CARDINAL HEALTH, INC.
5555 Glendon Court
Dublin, OH 43016

07 AUG 30 PM 3:43 RECEIVED

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOSEPH J. WEISSMAN, ESQ.
JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP
403 E. Madison Street, Suite 400
Tampa, FL 33602

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SHERYL L. LOESCH

CLERK

(By) DEPUTY CLERK

AUG 3 0 2007

DATE

# UNITED STATES DISTRICT COURT

MIDDLE   District of   FLORIDA

SMART SCIENCE LABORATORIES, INC.

v.

PROMOTIONAL MARKETING SERVICES INC.

**SUMMONS IN A CIVIL CASE**

CASE NO: 8:07CV1554-T24 EAJ

TO: (Name and address of Defendant)

McKESSON CORP.
c/o THE PRENTICE-HALL CORPORATION SYSTEM, INC., REGISTERED AGENT
2711 Centerville Road, Suite 400
Wilmington, DE  19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOSEPH J. WEISSMAN, ESQ.
JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP
403 E. Madison Street, Suite 400
Tampa, FL 33602

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE: AUG 3 0 2007

# UNITED STATES DISTRICT COURT

MIDDLE District of FLORIDA

SMART SCIENCE LABORATORIES, INC.

**SUMMONS IN A CIVIL CASE**

V.

PROMOTIONAL MARKETING SERVICES INC.

CASE NO: 8:07CV1554-T24 EAJ

TO: (Name and address of Defendant)

AMERISOURCEBERGEN CORP.
C/O THE CORPORATION TRUST COMPANY, REGISTERED AGENT
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOSEPH J. WEISSMAN, ESQ.
JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP
403 E. Madison Street, Suite 400
Tampa, FL 33602

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE