UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SMART SCIENCE LABORATORIES, INC.,

    Plaintiff,

v.                                              Case No. 8:07-cv-1554-T-24 EAJ

PROMOTIONAL MARKETING
SERVICES, INC., ET AL.,

    Defendants.
_____/

**O R D E R**

This cause comes before the Court for consideration of two motions to dismiss (Doc. 13, 32).

These motions were considered by United States Magistrate Judge Elizabeth A. Jenkins pursuant to an order of referral (Doc. No. 50). After considering the motions, Magistrate Judge Jenkins filed her Report and Recommendation (Doc. No. 81). In the Report and Recommendation, Magistrate Judge Jenkins recommended that both motions be granted and the complaint be dismissed without prejudice, affording Plaintiff one final opportunity to amend. All parties were furnished a copy of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed. Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED AND ADJUDGED** that:

(1) The Magistrate Judge's Report and Recommendation (Doc. No. 81) is adopted and incorporated by reference in this Order of the Court;

(2) Defendant Adrianne Millman's motion to dismiss (Doc. No. 13) is **GRANTED** and Counts IV and V are hereby dismissed without prejudice;

(3) Defendant Quality King Distributor Inc.'s motion to dismiss (Doc. No. 32) is **GRANTED** and all claims against Quality King are hereby dismissed without prejudice;

(4) Plaintiff Smart Science Laboratories, Inc. shall have one final opportunity to file an amended complaint, on or before August 4, 2008, consistent with the cautions included in the Magistrate Judge's Report and Recommendation. Failure to do so shall result in Counts IV and V being dismissed with prejudice and the Court declining to exercise supplemental jurisdiction over the remaining state law claims against Defendant Millman.

**DONE AND ORDERED** at Tampa, Florida, this 18th day of July, 2008.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
The Honorable Elizabeth A. Jenkins
Counsel of Record