UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SMART SCIENCE LABORATORIES, INC.,

    Plaintiff,

v.                                                 Case No.  8:07-cv-1554-T-24 EAJ

PROMOTIONAL MARKETING
SERVICES, INC., ET AL.,

    Defendants.
_____/

**O R D E R**

This cause comes before the Court for consideration of Defendant Quality King's Motion for Sanctions (Doc. No. 71).  This motion was considered by the United States Magistrate Judge, pursuant to a specific order of referral.  Magistrate Judge Jenkins has filed her report recommending that the motion be denied without prejudice.  (Doc. No. 86).  All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b).  No such objections were filed.  Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED AND ADJUDGED** that

    (1)    The Magistrate Judge's Report and Recommendation (Doc. No. 86) is adopted and incorporated by reference in this Order of the Court; and

    (2)    Defendant Quality King's Motion for Sanctions (Doc. No. 71) is **DENIED WITHOUT PREJUDICE**.

**DONE AND ORDERED** at Tampa, Florida, this 29th day of August, 2008.

/s/ Susan C. Bucklew
SUSAN C. BUCKLEW
United States District Judge

Copies to:
The Honorable Elizabeth A. Jenkins
Counsel of Record